```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 14290
    BRIGETT M STOKES KING
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8157


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/08/2007 and was not confirmed.

     The case was dismissed without confirmation 10/15/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------

ROUNDUP FUNDING LLC         UNSECURED         3188.16            .00           .00
ROUNDUP FUNDING LLC         UNSECURED         9184.52            .00           .00
BANK OF AMERICA             CURRENT MORTG         .00            .00           .00
CAPITAL ONE BANK            UNSECURED       NOT FILED            .00           .00
TEMPUS RESORTS              UNSECURED       NOT FILED            .00           .00
PROVIDIAN                   UNSECURED       NOT FILED            .00           .00
LVNV FUNDING                UNSECURED       NOT FILED            .00           .00
HFC USA                     UNSECURED       NOT FILED            .00           .00
FINANICAL RECOVERY SERVI    UNSECURED       NOT FILED            .00           .00
CAPITAL ONE                 UNSECURED       NOT FILED            .00           .00
NICOR GAS                   UNSECURED       NOT FILED            .00           .00
MEDICAL PAYMENT DATA        UNSECURED       NOT FILED            .00           .00
PROVIDIAN                   UNSECURED       NOT FILED            .00           .00
LVNV FUNDING                UNSECURED       NOT FILED            .00           .00
AMGNL                       UNSECURED       NOT FILED            .00           .00
PRIMUS FINANCIAL SERVICE    UNSECURED       NOT FILED            .00           .00
BANK OF AMERICA             MORTGAGE ARRE       .00              .00           .00
ERNEST WILEY & ASSOC        DEBTOR ATTY         .00                            .00
TOM VAUGHN                  TRUSTEE                                            .00
DEBTOR REFUND               REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        -------------          -------------
TOTALS                       .00                      .00

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 14290 BRIGETT M STOKES KING
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                        /s/ Tom Vaughn

Dated: 01/22/08                                  _____
                                                        TOM VAUGHN
                                                        CHAPTER 13 TRUSTEE